|   |   |
|---|---|
| ANDRE KENNETH STUCKEY, | Case No. 1:18-cv-01557-LJO-SAB (PC) |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS CHANELO'S AND PEACOCK'S ANSWER |
| v. | |
| J. JUAREZ, et al., | (ECF No. 25) |
| Defendants. | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Andre Kenneth Stuckey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendants Chanelo and Peacock for violation of the Equal Protection Clause of the Fourteenth Amendment. (ECF No. 18.)

On December 5, 2019, Defendants Chanelo and Peacock filed an answer to Plaintiff's second amended complaint. (ECF No. 23.)

On December 30, 2019, Plaintiff filed a "brief in opposition to Defendants' answer to Plaintiff's second amended complaint." (ECF No. 25.)

However, a party may not file a responsive pleading to an answer unless the Court orders the party to do so. Fed. R. Civ. P. 7(a) (provides that a reply to an answer is only allowed "if the

court orders one"). In this case, the Court did not order Plaintiff to file a reply to Defendants' answer and the Court finds that no reply to Defendants' answer is needed in this case. Therefore, Plaintiff's reply to Defendants' answer, (ECF No. 25), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: __**January 2, 2020**__

                                                UNITED STATES MAGISTRATE JUDGE