| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. JUAREZ, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:18-cv-01557-LJO-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS CHANELO AND PEACOCK TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO OPT-OUT OF THE SCHEDULED SETTLEMENT CONFERENCE<br><br>(ECF No. 30)<br><br>**SEVEN (7) DAY DEADLINE** |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

　　　　Plaintiff Andre Kenneth Stuckey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendants Chanelo and Peacock for violation of the Equal Protection Clause of the Fourteenth Amendment. (ECF No. 18.)

　　　　This case is currently set for a settlement conference before Magistrate Judge Barbara A. McAuliffe on February 20, 2020, at 9:30 a.m. at the United States Courthouse located at 2500 Tulare Street, Fresno, California. (ECF No. 24.)

　　　　Currently before the Court is Plaintiff's motion for leave to opt-out of the scheduled settlement conference, filed on January 30, 2020. (ECF No. 30.) Plaintiff states that it would be a waste of the Court's time and resources to conduct the scheduled February 20, 2020 settlement conference because he is not interested in settling this case and Defendants' counsel has informed

1

Plaintiff that she has been unsuccessful in her attempt to gain approval from the California Department of Corrections and Rehabilitation to settle this case.

The Court finds it appropriate to require Defendants Chanelo and Peacock to file a response to Plaintiff's motion for leave to opt-out of the scheduled settlement conference. Accordingly, it is HEREBY ORDERED that, within **seven (7) days** from the date of service of this order, Defendants shall file a response to Plaintiff's motion for leave to opt-out of the scheduled settlement conference, (ECF No. 30). Plaintiff should not file any reply to Defendants' response absent further order from this Court.

IT IS SO ORDERED.

Dated:    **February 3, 2020**

UNITED STATES MAGISTRATE JUDGE