UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KENNETH STUCKEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. JUAREZ, et al.,<br><br>　　　　Defendants. | No. 1:18-cv-01557-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>[ECF No. 42] |

　　　Currently before the Court is Defendants' motion to modify the scheduling order, filed May 4, 2020.

　　　Good cause having been presented, it is HEREBY ORDERED that Defendants are granted until **June 5, 2020**, to file an exhaustion-related motion for summary judgment.

IT IS SO ORDERED.

Dated:　**May 4, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1